AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Senior Deputy Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., Suite 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants*
*Terence Agustin, Sonya Carrillo, Barbara Cegavske,*
*Charles Daniels, Aaron Ford, Benedicto Gutierrez,*
*Michael Minev, Rochelle Ross, and Steve Sisolak*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN L. SCOTT,<br><br>              Plaintiff,<br><br>  v.<br><br>STEVE F. SISOLAK, *et al.*,<br><br>              Defendants. | Case No. 2:22-cv-01801-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSE TO THE COMPLAINT**<br>**(ECF NO. 1)** |

Plaintiff, Steven Scott, by and through his attorney, Travis N. Barrick, of GALLIAN WELKER & ASSOCIATES, LC, and Defendants, Terence Agustin, Sonya Carrillo, Barbara Cegavske, Charles Daniels, Aaron Ford, Benedicto Gutierrez, Michael Minev, Rochelle Ross, and Steve Sisolak, by and through counsel, Aaron D. Ford, Nevada Attorney General, Chris Davis, Senior Deputy Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, hereby stipulate and agree to extend the time to respond to the Complaint by thirty (30) days from the date of this order.

Counsel for Defendants inadvertently failed to calendar the deadline to file an answer or response to the Complaint because currently assigned counsel for Defendants were not e-served the filing of their waivers of service. At the time of service, Defendants

had not yet appeared and therefore were not on the list to be e-served these filing. As a result, the deadline to respond was not calendared. Counsel for Defendants apologizes for this error.

The parties hereby further stipulate and agree that the above stipulations are made in good faith and not for the purposes of delay.

DATED this 26th day of January 2023.

By: /s/ Travis N. Barrick
Travis N. Barrick (Bar No. 9257)
GALLIAN WELKER & Associates, LC
730 Las Vegas Boulevard South, Suite 104
Las Vegas, Nevada 89101
T: (702) 892-3500
E: tbarrick@vegascase.com
Attorney for Plaintiff

DATED this 26th day of January 2023.

AARON D. FORD
Attorney General

By: /s/ Samuel L. Pezone, Jr.
Samuel L. Pezone, Jr (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   January 26, 2023