```
 1 │ AARON D. FORD
   │   Attorney General
 2 │ CHRIS DAVIS (Bar No. 6616)
   │   Senior Deputy Attorney General
 3 │ SAMUEL L. PEZONE, JR. (Bar No. 15978)
   │   Deputy Attorney General
 4 │ State of Nevada
   │ Office of the Attorney General
 5 │ 555 East Washington Ave., Suite 3900
   │ Las Vegas, Nevada 89101
 6 │ (702) 486-9252 (phone)
   │ (702) 486-3773 (fax)
 7 │ Email: cwdavis@ag.nv.gov
```

*Attorneys for Defendants*
*Terence Agustin, Sonya Carrillo, Barbara Cegavske,*
*Charles Daniels, Aaron Ford, Benedicto Gutierrez,*
*Michael Minev, Rochelle Ross, and Steve Sisolak*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| STEVEN L. SCOTT, | Case No. 2:22-cv-01801-APG-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSE TO THE COMPLAINT** |
| v. | **(ECF NO. 1)** |
| STEVE F. SISOLAK, *et al.*, | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff, Steven Scott, by and through his attorney, Travis N. Barrick, of GALLIAN WELKER & ASSOCIATES, LC, and Defendants, Terence Agustin, Sonya Carrillo, Barbara Cegavske, Charles Daniels, Aaron Ford, Benedicto Gutierrez, Michael Minev, Rochelle Ross, and Steve Sisolak, by and through counsel, Aaron D. Ford, Nevada Attorney General, Chris Davis, Senior Deputy Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, hereby stipulate and agree to extend the time to respond to the Complaint by seven (7) days from the date of this order.

///

///

///

1 | The parties hereby further stipulate and agree that the above stipulations are made
2 | in good faith and not for the purposes of delay.

4 | DATED this 1st day of March 2023.   DATED this 1st day of March 2023.

AARON D. FORD
Attorney General

By: /s/ Travis N. Barrick   By: /s/ Samuel L. Pezone, Jr.
Travis N. Barrick (Bar No. 9257)   Samuel L. Pezone, Jr (Bar No. 15978)
GALLIAN WELKER & Associates, LC   Deputy Attorney General
730 Las Vegas Boulevard South, Suite 104   *Attorneys for Defendants*
Las Vegas, Nevada 89101
T: (702) 892-3500
E: tbarrick@vegascase.com
Attorney for Plaintiff

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   March 1, 2023