Travis N. Barrick, SBN 9257
GALLIAN WELKER
& ASSOCIATES, L.C.
730 Las Vegas Blvd. S., #104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff Steven L. Scott*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN L. SCOTT, an individual;<br><br>Plaintiff,<br><br>v.<br><br>STEVE F. SISOLAK in his individual and official capacities; et al.,<br><br>Defendants. | Case No. 2:22-cv-1801-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 11)**<br>**(1st REQUEST)** |

Plaintiff STEVEN L. Scott, through his attorneys of the law firm of GALLIAN WELKER & ASSOCIATES, L.C., and the Defendants, through their attorneys of the OFFICE OF ATTORNEY GENERAL, hereby stipulate and agree to extend the time for Mr. Scott to file his Response to Defendants' Motion (ECF No. 11) for an additional 30 days, until April 19, 2023.

The parties hereby further stipulate and agree that the above stipulation is made in good faith and not for the purposes of delay.

| | |
|---|---|
| By: /s/ Travis N. Barrick<br>Travis N. Barrick, Esq. #9257<br>Gallian Welker & Associates, L.C.<br>Attorney for Plaintiff | By: /s/ Samuel L. Pezone, Jr.<br>Samuel L. Pezone, Jr., Esq. #15978<br>Deputy Attorney General<br>Office of the Attorney General<br>Attorney for Defendants |

Case No. 2:22-cv-1801-APG-EJY

**IT IS ORDERED THAT** Plaintiff shall have until April 19, 2023 to file his Response to Defendants' Motion (ECF No. 11).

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 20, 2023