AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Senior Deputy Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., Suite 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN L. SCOTT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STEVE F. SISOLAK, *et al.,*<br><br>　　　　　Defendants. | Case No. 2:22-cv-01801-APG-EJY<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

　　　　Plaintiff, Steven Scott, by and through his attorney, Travis N. Barrick, of GALLIAN WELKER & ASSOCIATES, L.C., and Defendants, Terence Agustin, Sonya Carrillo, Barbara Cegavske, Charles Daniels, Aaron Ford, Benedicto Gutierrez, Michael Minev, Rochelle Ross, and Steve Sisolak, by and through counsel, Aaron D. Ford, Nevada Attorney General, Chris Davis, Senior Deputy Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, hereby stipulate and agree to stay discovery until this Court resolves the issue of qualified immunity in Defendants' motion for judgment on the pleadings. If the motion for judgment on the pleadings is denied, the parties further stipulate and agree to reset all of the deadlines in this Court's scheduling order from the date the order on the motion to dismiss is entered.

　　　　The parties hereby further stipulate and agree that a stay is appropriate in light of Defendants' motion for judgment on the pleadings, in which Defendants' assert qualified

immunity. *See Crawford-El v. Britton*, 523 U.S. 574, 598 (1998) (holding that "the district court should resolve that threshold question [of qualified immunity] before permitting discovery"); *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985) (holding that when a plaintiff's allegations fail to "state a claim of violation of clearly established law, a defendant pleading qualified immunity is entitled to dismissal before the commencement of discovery"); *Behrens v. Pelletier*, 516 U.S. 299, 306-07 (1996) (holding that qualified immunity "is meant to give government officials a right, not merely to avoid standing trial, but also to avoid the burdens of such pretrial matters as discovery.") The above stipulations are made in good faith and not for the purposes of delay.

Accordingly, the parties stipulate and agree as follows:

1. That discovery shall be stayed until this Court resolves the issue of qualified immunity in Defendants' motion for judgment on the pleadings.

2. If the motion for judgment on the pleadings is denied, then all of the deadlines in this Court's scheduling order shall be reset.

DATED this 1st day of September 2023.

DATED this 1st day of September 2023.

AARON D. FORD
Attorney General

By: /s/ Travis N. Barrick
Travis N. Barrick (Bar No. 9257)
GALLIAN WELKER & ASSOCIATES, L.C.
730 Las Vegas Boulevard South, Suite 104
Las Vegas, Nevada 89101
T: (702) 892-3500
E: tbarrick@vegascase.com
Attorney for Plaintiff

By: /s/ Samuel L. Pezone, Jr.
Samuel L. Pezone, Jr (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 2, 2023