Travis N. Barrick, SBN 9257
TRAVIS N. BARRICK, PC
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
tbarrick@vegascase.com

Nathan E. Lawrence, SBN 15060
Joseph P. Lawrence, SBN 16726
LAWRENCE & LAWRENCE LAW, PLLC
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com
*Attorneys for Plaintiff Steven L. Scott*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN L. SCOTT, an individual;<br><br>Plaintiff,<br><br>v.<br><br>STEVE F. SISOLAK in his individual and official capacities; JOE LOMBARDO in his official capacity; BARBARA K. CEGAVSKE, in her individual and official capacities; FRANCISCO D. AGUILAR, in his official capacity; AARON D. FORD, in his individual and official capacities; CHARLES A. DANIELS, in his individual and official capacities; JAMES DZURENDA, in his official capacity; MICHAEL E. MINEV, MD, in his individual and official capacities; KENNETH WILLIAMS, MD, in his official capacity; TERENCE LOU D. AGUSTIN, MD, in his individual capacity; SONYA L. | Case No. 2:22-cv-1801-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |



CARRILLO, in her individual capacity; BENEDICTO A. GUTIERREZ, in his individual capacity; ROCHELLE ROSS, in her individual capacity; URP DOES, in their individual and/or official capacities; collectively, DOES, in their individual and/or official capacities; collectively,

Defendants.

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff STEVEN L. SCOTT, by and through his attorneys of the law firms of TRAVIS N. BARRICK, PC and LAWRENCE & LAWRENCE LAW, PLLC, and Defendants STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF CORRECTIONS, STATE OF NEVADA *ex rel.* STATE BOARD OF PRISON COMMISSIONERS, STEPHEN F. SISOLAK, BARBARA K. CEGAVSKE, AARON D. FORD, CHARLES A. DANIELS, MICHAEL E. MINEV, M.D., TERENCE LOU D. AGUSTIN, M.D., SONYA L. CARRILLO, BENEDICTO A. GUTIERREZ, ROCHELLE ROSS, JOSEPH M. LOMBARDO, FRANCISCO D. AGUILAR, JAMES DZURENDA, and KENNETH WILLIAMS, M.D., by and through their attorneys of the OFFICE OF THE ATTORNEY GENERAL, hereby submit this Stipulation and Order to Dismiss with Prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between the respective parties that the above-entitled action and all claims against Defendants be dismissed with prejudice and the matter closed, each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 2nd day of February 2026.

DATED this 2nd day of February 2026.

OFFICE OF THE ATTORNEY GENERAL

LAWRENCE & LAWRENCE LAW, PLLC

*/s/ Jamie S. Hendrickson*
Jamie S. Hendrickson
Senior Deputy Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: 775-684-1234
jhendrickson@ag.nv.gov
*Attorneys for Defendants*

Nathan E. Lawrence, SBN 15060
Joseph P. Lawrence, SBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com

TRAVIS N. BARRICK, PC
Travis N. Barrick, SBN 9257
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff Steven L. Scott*

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

